

**THIRD JUDICIAL DISTRICT**
**MARION COUNTY CIRCUIT COURT**

*STATE OF OREGON, Marion County Circuit Courts — FILED SEP 30 2024*

**Read carefully. If you do not comply with the following, your case will be dismissed.**

Eriksen _____ v. SKSD, et al _____

Case Number: 24CV46963 _____ Date: 9-30-2024 _____

_Verified Correct Copy of Original 9/30/2024._

### THIS CASE HAS BEEN ASSIGNED TO:

| | |
|---|---|
| ☐ Annex Judge (503) 588-8491 | ☐ Judge Thomas M. Hart (503) 584-7749 |
| ☐ Judge Sean E. Armstrong (503) 588-5026 | ☐ Judge Lindsay R. Partridge (503) 588-5028 |
| ☐ Judge Channing Bennett (503) 588-7950 | ☐ Judge Manuel Perez (503) 588-5020 |
| ☐ Judge Audrey J. Broyles (503) 588-5492 | ☐ Judge Tracy A. Prall (503) 588-5030 |
| ☐ Judge Jodie A. Bureta (503) 585-4939 | ☒ Judge Amy M. Queen (503) 588-5160 |
| ☐ Judge James C. Edmonds (503) 373-4303 | ☐ Judge Daniel J. Wren (503) 584-7765 |
| ☐ Judge Jennifer K. Gardiner (503) 373-4361 | ☐ Judge Natasha Zimmerman (503) 584-7713 |
| ☐ Judge Courtland Geyer (503) 373-4445 | |

**If a party served with a summons intends to contest this matter, that party must file a response, or other appearance, as instructed in the summons.**

To change judges, a party must notify the court by 5pm on the day they receive this notice. Contact the court for a notice form. The party must then file a motion and affidavit with the court no later than 5pm on the next judicial day. ORS 14.260(4) and 14.270.

A status conference will be set after the party served has filed an appearance. All attorneys must appear at the status conference with their calendars. If parties do not have legal representation, they are to appear at the status conference.

If the Plaintiff has not filed a **Return** or **Acceptance of Service** by the 63rd day after the filing of the complaint, the case may be dismissed for want of prosecution 28 days later. If proof of service is filed by the 91st day from the filing of the complaint, and no default is later filed, the case will be dismissed 119 days from the date of the filing of the complaint.

Follow these instructions carefully and refer to the **Uniform Trial Court Rules** for further information or clarification. All correspondence or other communication shall be directed to the assigned Judge at the following address: Marion County Circuit Court, PO Box 12869, Salem, Oregon 97309-0869.

☐ *Assignment following standard procedure.*
☒ *Random assignment following the standard procedure.*
☐ *Random assignment at the request of:* _____